WILLIAM L. VEEN, NO. 043150
JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
JUDITH A. GRAZIANO, NO. 205926
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845

ATTORNEYS FOR PLAINTIFF
MICHAEL J. OSBORNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. OSBORNE,<br><br>Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH, INCORPORATED, and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. 2:06-cv-00874-FCD-GGH<br><br>**ORDER PERMITTING PLAINTIFF TO WITHDRAW FIRST AMENDED COMPLAINT**<br><br>**Judge:  Hon. Frank C. Damrell** |

On March 12, 2007, plaintiff filed a motion for an Order Modifying the Court's August 1, 2006 Amended Pretrial Order to permit the filing of a First Amended Complaint to join newly discovered defendants. The court granted said motion on April 4, 2007, ordered plaintiff to file and serve the First Amended Complaint within 30 days of the order, and modified its pretrial order to permit additional time for discovery. Plaintiff thereafter filed the First Amended Complaint. However, in intervening weeks, the parties conducted several depositions and a site inspection of defendant Anheuser-Busch's brewery, the situs of the subject incident. Discovery has now revealed that the entities originally identified and believed to have possible liability for plaintiff's injury (Sasco Electric, Inc. and Performance Mechanical, Inc.) likely have no liability. Plaintiff consequently seeks to withdraw his First Amended Complaint, and toward that end, the parties entered a Stipulation on April 25, 2007 permitting plaintiff to withdraw the First Amended Complaint and reinstituting the prior pleadings. (See Stipulation.)

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-1-
ORDER PERMITTING PLAINTIFF TO WITHDRAW FIRST AMENDED COMPLAINT
[

In consideration of the foregoing, party agreement on this matter, and good cause appearing, the Court orders as follows:

IT IS ORDERED that plaintiff may withdraw his First Amended Complaint, filed April 9, 2007 and that the initial Complaint and Answer filed by the respective parties shall continue as the operative pleadings in this case.

IT IS FURTHER ORDERED that the April 4, 2007 pretrial scheduling order shall remain in effect to permit the parties to adequately prepare for the trial of this matter.

DATED: April 30, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

159208_1

**THE VEEN FIRM, P.C.**
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-2-
ORDER PERMITTING PLAINTIFF TO WITHDRAW FIRST AMENDED COMPLAINT
[

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California.   I am over 18 years of age and not a party to this action. My business address is The Veen Firm, P.C., 711 Van Ness Avenue, Suite 220, San Francisco, California 94102.

On the date below I served a true copy of the following document(s):

**[PROPOSED] ORDER PERMITTING PLAINTIFF TO WITHDRAW FIRST AMENDED COMPLAINT**

on the interested parties to said action by the following means:

☐ **(BY MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **(BY OVERNIGHT DELIVERY)** By placing a true copy of the above, enclosed in a sealed envelope with delivery charges to be billed to The Veen Firm, P.C., for delivery by Federal Express to the address(es) shown below.

☐ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy of the above by facsimile transmission from facsimile number (415) 771-5845 to the attorney(s) or party(ies) shown below.

☐ **(BY HAND DELIVERY)** By personal delivery of a true copy of the above to the attorneys or parties shown below

☒ **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Gregory F. Dyer, Esq.
Jones & Dyer
1800 J Street
Sacramento, CA  95814

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 25, 2007          /s/ Judith A. Graziano
                                Judith A. Graziano

159208_1