WILLIAM L. VEEN, NO. 043150
JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
JUDITH A. GRAZIANO, NO. 205926
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
JGB/CV.Team@Veenfirm.com

ATTORNEYS FOR PLAINTIFF
MICHAEL J. OSBORNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. OSBORNE,<br><br>              Plaintiff,<br><br>       v.<br><br>ANHEUSER-BUSCH, INCORPORATED, and DOES 1-50, Inclusive,<br><br>              Defendants. | CASE NO. 2:06-cv-00874-FCD-GGH<br><br>**STIPULATION AND ORDER CONTINUING EXPERT DISCOVERY DATES** |

      The parties herein agree, by and through their attorneys of record, as follows. Plaintiff's counsel would like to continue the deadline to complete expert discovery from March 10, 2008, to May 5, 2008, due to the press of business with another case involving in excess of 40 non-retained expert and retained expert depositions.

      The next pretrial deadline is for dispositive motions and that is set on May 23, 2008. Defendant has indicated that it is not planning on filing any dispositive motion. Given the foregoing the parties stipulate that expert discovery deadline in this matter may be continued to May 5, 2008.

      IT IS SO STIPULATED.

DATED: February ___, 2008    THE VEEN FIRM, P.C.

By: _____/S/_____
Christopher A. Viadro
Attorneys for Plaintiff
MICHAEL J. OSBORNE

DATED: February ___, 2008    JONES & DYER

By: _____/S/_____
Gregory F. Dyer
Attorneys for Defendant
ANHEUSER-BUSCH, INCORPORATED

## ORDER

Based on the stipulation of the parties, it is herein ordered that the expert discovery deadline in this matter is extended to May 5, 2008.

DATED: February 22, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE