**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95814**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**GREGORY F. DYER, State Bar #114486**
**JANET SIRLIN ROBERTS, State Bar #125521**

Attorneys for: Defendant Anheuser-Busch, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. OSBORNE,<br><br>                    Plaintiff,<br><br>vs.<br><br>ANHEUSER-BUSCH, INC.,<br><br>                    Defendants.<br>_____ | NO. 2:06-CV-00874-FCD-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Michael Osborne and defendant Anheuser Busch, Inc., through their undersigned counsel, hereby stipulate that any and all claims for relief and causes of action brought against defendant in the above-entitled case are dismissed with prejudice, with each party to bear its own attorneys fees and costs.

DATED: 7/9/08                By:     /s/ James Butler
                                         JAMES BUTLER
                                         Attorneys for Plaintiff
                                         Michael Osborne

DATED: 7/9/08                JONES & DYER

                                 By:     /s/ Gregory F. Dyer
                                         GREGORY F. DYER
                                         Attorneys for Defendant
                                         Anheuser Busch, Inc.

**O R D E R**

Pursuant to the Stipulation of the parties, by and through their counsel, it is hereby ordered that all claims for relief and causes of action brought against defendant Anheuser Busch, Inc. in the above-entitled case are dismissed with prejudice, with each party to bear its own attorneys fees and costs.

DATED: July 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE